**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 16-1129**

───────────

ANTHONY W. PERRY,

            Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

            Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Theodore D. Chuang, District Judge. (8:14-cv-02862-TDC)

───────────

Submitted:  September 29, 2016        Decided:  October 3, 2016

───────────

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Anthony W. Perry, Appellant Pro Se.  Alex Gordon, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony W. Perry appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Perry v. United States, No. 8:14-cv-02862-TDC (D. Md. June 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED